THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO ROBINSON, Appellant. [738 NYS2d 258] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Felony Driving While Intoxicated.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA RODGERS, Appellant. [738 NYS2d 264] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TROCHE, Appellant. [738 NYS2d 258] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Orleans County Court, Punch, J.—Robbery, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.